UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY MCNAMARA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW SAUL,<br><br>　　　　　　Defendant. | Case No. 20-cv-07196-SI<br><br>**ORDER REASSIGNING ACTION** |

Both parties in this Social Security appeal have consented to the jurisdiction of a Magistrate Judge. Dkt. Nos. 11, 12. The matter is hereby transferred to the Assignment Committee for reassignment to a Magistrate Judge.

**IT IS SO ORDERED**.

Dated: November 4, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge